SECTION P

| | |
|---|---|
| JOHN ANDREW BORSKEY, JR. | CIVIL ACTION 1:17-CV-00451 |
| VERSUS | CHIEF JUDGE DRELL |
| RAPIDES PARISH DETENTION CENTER, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## O R D E R

Plaintiff John Andrew Borskey, Jr. ("Borskey") filed a motion to proceed *in forma* pauperis in this case (Doc. 6). Borskey is presently confined in the Grant Parish Detention Center in Colfax, Louisiana. Borskey provided a certified account form to the officer in charge of the prisoner trust accounts at the Grant Parish Detention Center. In response, the account officer returned a blank form to Borskey with a note on it: "As per Warden Bullock–We do NOT fill these forms out! Please find attached activity sheet." Borskey's account activity sheet for March 31, 2017 through May 3, 2017 was provided to Borskey.

Both Louisiana and federal law require prisoners proceeding *in forma pauperis* to present a certified copy of their prison trust fund account statement. In order to do so, an authorized prison official must fill out and sign the Court's form as to the current sum in the inmate's prison account(s) and his average balance for the last six months (or since incarceration in the facility if less than six months). See 28 U.S.C. § 1915(a)(2); see also La. R.S. 15:1186 (A)(1).[1]

---

[1] 28 U.S.C. § 1915:

Accordingly,

IT IS ORDERED that the Warden of the Grant Parish Detention Center and the prison official responsible for the prisoner accounts shall, in compliance with state and federal law, provide Borskey with a certified statement of his account (on the form attached hereto), as well as an account activity statement for the last 6 months (or since Borskey arrived there if less than 6 months ago), <u>on or before June 5, 2017</u>.

IT IS FURTHER ORDERED that Borskey must file his *in forma pauperis* prison account forms, or inform the Court if he does not receive them, <u>on or before June 19, 2017</u>.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana on this  26th  day of May, 2017.

                                         Joseph H.L. Perez-Montes
                                         United States Magistrate Judge

---

"A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefore, in addition to filing [a financial affidavit], shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, <u>obtained from the appropriate official of each prison</u> at which the prisoner is or was confined."