RECEIVED
OCT 2 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN ANDREW BORSKEY JR., Plaintiff | CIVIL ACTION NO. 1:17-CV-451-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| MATT DAUZAT, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Borskey's claims against Matt Dauzat and Pat Ashley are **DENIED AND DISMISSED**, with prejudice; Borskey's claims against Jody Bullock and Nurse Jason are **DENIED AND DISMISSED**, without prejudice; and, Borskey's challenge to his previous conviction is **DISMISSED**, without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 27th day of October, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE