a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN ANDREW BORSKEY JR., Plaintiff | CIVIL ACTION NO. 1:17-CV-451-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| MATT DAUZAT, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is the civil rights complaint (42 U.S.C. § 1983) of pro se Plaintiff John Andrew Borskey Jr. ("Borskey"). At the time of filing, Borskey was being detained at the Rapides Parish Detention Center ("RPDC") in Alexandria, Louisiana. Borskey complains that he was denied adequate medical care while detained at the Grant Parish Detention Facility ("GPDF") and RPDC. All defendants were dismissed except Nurse Cindy. (Doc. 27).

A report and recommendation was mailed to Borskey, but was returned to the clerk as undeliverable on September 8, 2017. (Docs. 17, 18). An order reassigning the case was also returned as undeliverable. (Doc. 20).

Rule 41.3 of the Local Rules for the Western District of Louisiana provides:

> The failure of an attorney or pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

More than 30 days have passed since the report and recommendation was returned to the Court, and no correction has been made to Borskey's address. Therefore, Borskey's complaint is subject to dismissal.

For the foregoing reasons, IT IS RECOMMENDED that Borskey's complaint be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this  28th  day of November, 2017.

                                                        Joseph H.L. Perez-Montes
                                                        United States Magistrate Judge