RECEIVED
JAN 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN ANDREW BORSKEY JR., Plaintiff | CIVIL ACTION NO. 1:17-CV-451-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| MATT DAUZAT, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 24th day of January, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE